|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION | |

HAYDEN MCCOMAS,

    Plaintiff,

v.

THE WEBSTAURANT STORE, INC. and MR. BAR-B-Q-, INC.,

    Defendants.

Civil Action No. 3:14-cv-03919-MMC

**[PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

Good cause appearing, the Court hereby grants this request for a continuance of the Initial Case Management Conference to _____ February 13, 2015.  All other dates and deadlines shall be vacated and rescheduled based upon the new hearing date.

    SO ORDERED.

DATED: December 2, 2014        *[signature]*
                                    Hon. Maxine M. Chesney
                                    U.S. District Court Judge