UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| HAYDEN MCCOMAS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE WEBSTAURANT STORE, INC. and MR. BAR-B-Q-, INC.,<br><br>　　　　　Defendants. | Civil Action No. 3:14-cv-03919-MMC<br><br>**[PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

　　　　Good cause appearing, the Court hereby grants this request for a continuance of the Initial Case Management Conference to _____ April 17, 2015.  All other dates and deadlines shall be vacated and rescheduled based upon the new hearing date.

　　　　SO ORDERED.

DATED:  January 30, 2015　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Maxine M. Chesney
　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge

1216061.1　　　　　　　　　　　　- 1 -　　　　　　　　[PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CASE NO. 3:14-CV-03919-MMC