UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


HAYDEN MCCOMAS,                                  CASE NO. 3:14-cv-03919-MMC
                        Plaintiff,


            v.                                   STIPULATION AND [PROPOSED]
                                                 ORDER SELECTING ADR PROCESS

THE WEBSTAURANT STORE, INC.
and MR. BAR-B-Q-, INC.,
                        Defendant.
_____/

        Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

        **Court Processes:**
        ☐       Non-binding Arbitration (ADR L.R. 4)
        ☐       Early Neutral Evaluation (ENE)   (ADR L.R. 5)
        ☐       Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR must participate in an
ADR  phone conference and may not file this form.  They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

        **Private Process:**
        ☑       Private ADR (*please identify process and provider*)  Private Mediation, with a
                private mediator to be determined between the parties.


The parties agree to hold the ADR session by:
        ☐       the presumptive deadline *(The deadline is 90 days from the date of the order
                referring the case to an ADR process unless otherwise ordered. )*

        ☑       other requested deadline:  February 29, 2016

Dated:  4/14/2015
                                                 _____
                                                 Attorney for Plaintiff


Dated:  4/10/2015
                                                 _____
                                                 Attorney for Defendant


CONTINUE TO FOLLOWING PAGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


HAYDEN MCCOMAS,                          CASE NO. 3:14-cv-03919-MMC
                    Plaintiff,

          v.                             STIPULATION AND [PROPOSED]
                                         ORDER SELECTING ADR PROCESS
THE WEBSTAURANT STORE, INC.
and MR. BAR-B-Q-, INC.,
                    Defendant.
_____/

          Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

          **Court Processes:**
          ☐     Non-binding Arbitration (ADR L.R. 4)
          ☐     Early Neutral Evaluation (ENE)   (ADR L.R. 5)
          ☐     Mediation (ADR L.R. 6)

          *(Note: Parties who believe that an early settlement conference with a Magistrate Judge is*
          *appreciably more likely to meet their needs than any other form of ADR must participate in an*
          *ADR  phone conference and may not file this form.  They must instead file a Notice of Need for*
          *ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R.  3-5)*

          **Private Process:**
          ☑     Private ADR *(please identify process and provider)*  Private Mediation, with a
                private mediator to be determined between the parties.


The parties agree to hold the ADR session by:
          ☐     the presumptive deadline *(The deadline is 90 days from the date of the order*
                *referring the case to an ADR process unless otherwise ordered. )*

          ☑     other requested deadline:  February 29, 2016

Dated: 4/14/2015
                                         _____
                                         Attorney for Plaintiff

Dated: 4/14/2015
                                         _____
                                         Attorney for Defendant
                                         The Webstaurant Store, Inc.


CONTINUE TO FOLLOWING PAGE

[PROPOSED] **ORDER**

☐　　　The parties' stipulation is adopted and IT IS SO ORDERED.
☒　　　The parties' stipulation is modified as follows, and IT IS SO ORDERED.
The deadline to hold the ADR session is October 30, 2015.

Dated:  April 17, 2015

UNITED STATES DISTRICT JUDGE

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11