United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAYDEN MCCOMAS,<br><br>    Plaintiff,<br><br>  v.<br><br>THE WEBSTAURANT STORE, INC., and MR. BAR-B-Q, INC.,<br><br>    Defendants.<br>_____/<br>THE WEBSTAURANT STORE, INC.,<br><br>    Third Party Plaintiff and Cross-Claimant,<br><br>  v.<br><br>NUOYI CO, LTD., and MR. BAR-B-Q, INC.,<br><br>    Third Party Defendants and Cross-Defendants.<br>_____/ | No. C 14-3919 MMC<br><br>**ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPY OF DOCUMENT IN COMPLIANCE WITH CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS** |

     On May 6, 2015, defendant, third party plaintiff, and cross-claimant The Webstaurant Store, Inc. ("Webstaurant") electronically filed a document titled "Third Party Complaint and Cross-Claim." Webstaurant has violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M.

Chesney ¶ 2.

Webstaurant is hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced document.  Webstaurant is hereby advised that if it fails in the future to comply with the Court's Standing Orders to provide a chambers copy of each electronically-filed document, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: May 11, 2015

MAXINE M. CHESNEY
United States District Judge